UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 1 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:                              DEPUTY

UNITED STATES OF AMERICA,

                   Plaintiff,

vs.

LAFONTE DWAYNE TAGGER,

                   Defendant.

2:11-cr-344-KJD-GWF

**ORDER FOR PLACEMENT IN**
**THE C.A.R.E. PROGRAM**

Presently before the court is the matter of *U.S. v. Lafonte Dwayne Tagger*, 2:11-cr-344 (KJD) (GWF).

On November 16, 2011, this court held a hearing for revocation of supervised release as to defendant Lafonte Dwayne Tagger. The defendant requests that the revocation in this case be continued to allow Mr. Tagger to reside in the halfway house C.A. R.E. program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant LAFONTE DWAYNE TAGGER reside in a residential re-entry center/Half-way House (C.A. R.E. program) for a period of 7 months. It is further ordered that all previous conditions and terms of release will stay in place.

DATED:   November 16, 2011.

UNITED STATES DISTRICT JUDGE

1